IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TIMOTHY PATRICK MAYER,**

      Plaintiff,

                          HONORABLE
                          CASE NO.

-vs-

**UNITED STATES
DEPARTMENT OF
VETERANS AFFAIRS
/UNITED STATES GOVERNMENT,**

      Defendant,

_____/
Matthew Broderick P47403
Attorney for Plaintiff
30701 Barrington Suite 100
Madison Heights, MI 48071
248-588-1882
_____/

**COMPLAINT**

There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.

COMPLAINT

Plaintiff states:

Common Allegations

1

1. Plaintiff is a resident of Lake County, Indiana.

2. This is an action under the federal tort claims act; 28 U.S. C. 171.

3. Defendant is a resident of this judicial district and conducts a regular and systematic part of its business within this judicial district.

4. Much of the evidence related to the alleged injuries of Plaintiff exists within this judicial district.

5. The amount in controversy exceeds $75,000.

6. Plaintiff is an honorably discharged US Army veteran.

7. Plaintiff suffers from a number of health conditions.

8. As a result of these conditions, Plaintiff routinely seeks medical care at Veteran's Administration Health centers.

9. Plaintiff had not sought treatment for his thoracic spine since 2009.

10. In June, July, and August 2018, Plaintiff was being treated for neck and shoulder problems at a Veteran's Administration facility in Chicago, Illinois.

11. The Veteran's Administration transported him from Chicago to his home in Indiana.

12. On August 6, 2018, Plaintiff was a passenger on a bus owned and operated by the Veteran's Administration.

13. The driver of the bus stopped suddenly without warning which caused Plaintiff to arise from his seat and hit his upper back and shoulder on a bar that was on top of the bus seat.

14. Plaintiff experienced some pain but was unable to differentiate it from his cervical and shoulder pain for which he had just sought and received treatment.

15. On or about August 27, 2018, Plaintiff saw his physician and noted that his upper back still hurt even though his other symptoms related to the shoulder and neck were much better.

16. His doctor asked what if anything happened to his back; he relayed the event on the bus where his upper back was hit by the bar on the bus seat.

17. His doctor ordered x-ray which did not reveal any injury and she dismissed him as being without injury.

18. Despite this fact, Plaintiff continued to experience pain in the thoracic spine.

19. An MRI was then performed in October 2018 which revealed a fracture of three thoracic vertebrae.

20. Subsequently, Plaintiff underwent surgery and had the affected vertrabrae filled with cement.

21. Based upon the above, Plaintiff's claim accrued on the date of his MRI in October 2018.

22. Plaintiff attempted to resolve his claim administratively.

23. Plaintiff has fulfilled his duty to exhaust his administrative remedies.

24. Defendant and their agents were negligent in their operation of the bus that caused Plaintiff's thoracic spine injury.

25. As a result of Defendant's negligence, Plaintiff has incurred:

   a. pain and suffering including emotional distress,

   b. reasonable and necessary expenses for care, recovery, or rehabilitation;

   c. loss of wages and earning capacity,

   d. reasonable and necessary replacement services,

   e. loss of tangible things of economic value including health and other fringe benefits;

   f. attorney fees and expenses needed to prosecute this action;

26. Defendant has refused or is expected to refuse to pay Plaintiff benefits to which he is entitled

   PLAINTIFF REQUESTS a declaration of rights and an award of damages in whatever amount he is found to be entitled in excess of $75,000,

plus interest, costs, and attorney fees.

Dated: June 27, 2022                               By: /s/***Matthew Broderick***
                                                  **Matthew Broderick P47403**
                                                  Attorney for Plaintiff