UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY PATRICK MAYER,

          Plaintiff,

v.

US DEPT OF VETERANS AFFAIRS,

          Defendant.
                                              /

Case No. 2:22-cv-11442

HONORABLE STEPHEN J. MURPHY, III

## ORDER TRANSFERRING CASE

Plaintiff Timothy Patrick Mayer sued the United States Department of Veterans Affairs under the Federal Tort Claims Act. ECF 1. Plaintiff is a Lake County, Indiana resident. *Id.* at 2. And the allegedly tortious conduct occurred while the "Veteran's [sic] Administration [sic] transported him from Chicago to his home in Indiana." *Id.*

"Any civil action on a tort claim against the United States . . . may be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred." 28 U.S.C. § 1402(b). When venue is improper, the Court may, in the interest of justice, transfer the case to a district where it could have been brought. *See* 28 U.S.C. § 1406(a). To that end, the Court may sua sponte transfer a case based on improper venue. *Carver v. Knox Cnty., Tenn.*, 887 F.2d 1287, 1291 (6th Cir. 1989).

Here, Plaintiff resides in Lake County, Indiana, ECF 1, PgID 2, which is in the Northern District of Indiana, 28 U.S.C. § 94(a)(3). Because the tortious conduct

1

occurred while Plaintiff was being transported from Chicago to Lake County, it is almost certain that the allegedly tortious acts occurred somewhere between the two places. *See* ECF 1, PgID 2–3. Thus, the allegedly tortious acts took place either in the Northern District of Indiana or the Northern District of Illinois, 28 U.S.C. § 93(a). Put differently, venue is improper in the Eastern District of Michigan. The Court will therefore sua sponte transfer the case to the Northern District of Indiana where venue is proper.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court must **TRANSFER** the case to the United States District Court for the Northern District of Indiana under 28 U.S.C. § 1406(a).

**SO ORDERED.**

> s/ Stephen J. Murphy, III
> STEPHEN J. MURPHY, III
> United States District Judge

Dated: June 28, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2022, by electronic and/or ordinary mail.

> s/ David P. Parker
> Case Manager

2