UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TIMOTHY P. MAYER,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | )<br>)<br>)<br>)  CAUSE NO.: 2:22-CV-176-JEM<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on a Joint Stipulation of Dismissal [DE 38], filed by the parties on July 30, 2024.

A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 30th day of July, 2024.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record

1